## MATTIE CHRISTIANSON v. CITY OF TRACY.[1]

June 5, 1908.

Nos. 15,613—(67).

Proceeding in the district court for Lyon county to have certain land detached from the city of Tracy. From the judgment and order, Olsen, J., granting the relief prayed for, the city of Tracy appealed. Affirmed.

*Korns & Johnson*, for appellant.

*F. S. Brown* and *Somerville & Hauser*, for respondent.

PER CURIAM.

This is an action of the same character and involves the same questions of law as that of Hunter v. City of Tracy, supra, page 378, 116 N. W. 922. The findings of fact in this case were sustained by the evidence.

It follows that the judgment appealed from must be, and is, affirmed.